# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

8/8/11

#8281
$2.44
8/8/2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

    Re:    TERWILLIGER, NOEL P    / Case # 09-23005
           Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

    Enclosed please find my Trustee's check in the amount of $2.44. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

    _____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

    __X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

           GE Money Bank
Claimant  dba LOWES CONSUMER    Amount $ 2.44    Claim Register # 5

                                                  DOUGLAS J. LUSTIG
                                                  Trustee



FILED AUG - 8 2011 BANKRUPTCY COURT ROCHESTER, NY

1600 Crossroads Building    585 232 3730
Two State Street    FAX 585 232 3882    CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP
Rochester, NY 14614-1397    www.cdlaw.com